NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7054

WILLIAM G. WILCOX,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1874, Judge Donald L. Ivers.

ON MOTION

Before LINN, Circuit Judge.

## ORDER

Counsel for William G. Wilcox submits a motion "for appearance pro hac vice" and moves for an extension of time to file an entry of appearance, certificate of interest, docketing statement, and his brief.

To become a member of the bar of this court, counsel should fill out the appropriate application and pay the admission fee. See Fed. Cir. R. 46. Admission pro hac vice is not appropriate. With respect to the extension motion, Wilcox has submitted the certificate of interest.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion for appearance pro hac vice is denied. Counsel should apply for membership with the bar of this court within 30 days.

(2)    The motion for an extension of time is granted.   Wilcox's docketing statement and counsel's entry of appearance are due within 30 days of the date of filing of this order.   Wilcox's brief is due within 60 days of the date of filing of this order.

FOR THE COURT

MAY -1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK

cc:    Albert W.L. Moore, Jr., Esq.
       Ellen M. Lynch, Esq.

s17